UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br><br>    v.<br><br>LUCKY CHARM RK INVESTMENTS, LLC,<br><br>         Defendant. | No.  2:21-cv-00804-AC<br><br><br><br>ORDER |

      This matter is before the undersigned on the consent of the parties.  ECF No. 10.  On July 20, 2021, the undersigned referred this case to the Voluntary Dispute Resolution Program per the parties' stipulation (ECF No. 9 at 6).  The undersigned has been made aware that despite multiple attempts from the court, the parties have not responded to inquiries concerning the status of VDRP in this case.

      It is ORDERED that the parties shall contact court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov within 14 days to report on the status of this case

////

////

////

////

1

and file a notice on the record confirming that this contact has been made.  If either party fails to respond, the court may issue sanctions pursuant to Local Civil Rule 110.

DATED:  September 6, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE