CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorney for Plaintiff

VAUGHAN & ASSOCIATES LAW OFFICE, APC
Cris C. Vaughan
cvaughan@adasolutionsgroup.com
371 Nevada St, #5338
Auburn, CA 95603,
Telephone: (833) 481-1245
Facsimile: (310) 426-2001

Attorney for Defendant
Lucky Charm RK Investments, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Brian Whitaker**,

    Plaintiff,

v.

**Lucky Charm RK Investments, LLC**; and Does 1-10,

    Defendants

Case No.: 2:21-cv-00804-AC

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 1/12/2023    CENTER FOR DISABILITY ACCESS

By: /s/ *Isabel Rose Masanque*
Isabel Rose Masanque
Attorney for Plaintiff

Dated: 1/12/2023    VAUGHAN & ASSOCIATES LAW OFFICE, APC

By: /s/ Cris C. Vaughan
Cris C. Vaughan

Attorney for Defendant
Lucky Charm RK Investments, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Lucky Charm RK Investments, LLC, respectively, and that I have obtained Attorney Vaughan's authorization to affix their electronic signature to this document.

Dated: 1/12/2023                CENTER FOR DISABILITY ACCESS

                                By:/s/ Isabel Rose Masanque
                                Isabel Rose Masanque
                                Attorney for Plaintiff